THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHANN BERG, Appellant.

(Argued May 9, 1918; decided May 28, 1918.)

APPEAL from a judgment of the Supreme Court rendered November 23, 1917, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Mortimer W. Byers* and *Aldah A. Burlingame, Jr.*, for appellant.

*Harry E. Lewis,* District Attorney (*Harry G. Anderson* of counsel) for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.